UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICE SENIOR,

                Plaintiff,

   -against-

THE STATE OF NEW YORK, SUPREME
COURT; THE CITY OF NEW YORK; COUNTY
OF KINGS; HON. WAYNE SAITTA, JSC;
COURT CLERK GOMEZ; OFFICE OF THE
CIVIL COURT CLERK; THOMAS F. KILFOYLE;
GEORGE KING; "JOE" DOE; P. BROWN; JOHN
DOE # 1; JOHN DOE # 2; L. BARON; LOIS
SALERNO; KINGS COUNTY CLERK'S OFFICE;
NANCY SUNSHINE; JANE DOE #1;
JOHN DOE # 3; and VANESSA DOE,

                Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE D.N.Y.
U.S ...
JAN 08, 2008
TIME A.M.

**MEMORANDUM AND ORDER**

07 CV 4015 (ENV) (LB)

VITALIANO, D.J.

      *Pro se* plaintiff Patrice Senior brought the above-captioned civil rights action detailing her dissatisfaction with two pending matters in the New York Supreme Court, Kings County. By Order dated October 26, 2007, the Court dismissed the complaint as frivolous. Since then, Senior has sent two documents entitled "Request for a Formal Hearing" and "Second Request for a Formal Administrative Hearing" to the Chief Judge of the United States District Court of the Eastern District of New York, complaining of the procedures by which her court papers were processed by the Eastern District's Clerk's office and requesting "a formal administrative hearing."[1] The Court denied Senior's first request by order dated December 13, 2007.

---

[1] By letters dated December 7, 2007 and January 3, 2008, Chief Judge Dearie forwarded Senior's requests to this Court.

1



Senior's complaint has been dismissed, and the case was closed upon entry of the Judgment on October 29, 2007. Accordingly, Senior's second request for a hearing is denied.

This case remains closed. The Clerk of Court is directed not to accept any further filings from plaintiff in this case. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
January 4, 2008

ERIC N. VITALIANO
United States District Judge